AO 91 (Rev. 11/11) Criminal Complaint

| | | |
|---|---|---|
| AUSA: Stephen Carr | | Telephone: (313) 226-9100 |
| Special Agent: Brian M. Brown | | Telephone: (313) 965-2323 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
   v.
Linden Marion Long

Case No.   Case: 2:24−mj−30129
Assigned To : Unassigned
Assign. Date : 4/9/2024
Description: USA V. SEALED MATTER (KB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 23, 2024__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2113(a) | Bank Robbery |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_Brian Brown_
Complainant's signature

Brian M. Brown, Special Agent (FBI)
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: April 8, 2024

City and state: Detroit, Michigan

_signature_
Judge's signature

Hon. Anthony P. Patti, U.S. Magistrate Judge
Printed name and title

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Special Agent Brian Brown, being sworn, state the following:

## INTRODUCTION & AGENT BACKGROUND

1. I have been a Special Agent with the Federal Bureau of Investigation since December 2022. I am currently assigned to the FBI Detroit Violent Crime Task Force (VCTF). As an FBI Special Agent, I have conducted or assisted in numerous investigations of federal and state violations, including crimes of violence, firearms, and drug trafficking as well as violations of 18 U.S.C. § 2113(a), bank robbery. I have gained experience through training and everyday work related to these types of federal criminal investigations.

2. The facts set forth in this affidavit are based on my personal observations, my training and experience, and information from other law enforcement agents and investigators.

3. This affidavit does not set forth every fact law enforcement has learned from this investigation. Instead, the information in this affidavit is provided for the limited purpose of establishing probable cause that LINDEN MARION LONG violated 18 U.S.C. § 2113(a) (bank robbery). For the reasons set forth below, there is probable cause that

1

LONG robbed a PNC Bank in Allen Park, Michigan on March 23, 2024. In addition, LONG robbed two other banks outside of the Eastern District of Michigan: (1) a second PNC Bank in St. Louis, Missouri on March 25, 2024, and (2) a BMO Bank on March 26, 2024 in Roseville, Minnesota.

## PROBABLE CAUSE

### March 23 Robbery in Allen Park, MI

4. On March 23, 2024, the PNC Bank located in Allen Park, MI was robbed. An unmasked black male wearing black pants, a light brown jacket, and a black head covering entered the bank and provided a note stating, "Don't scream or give any hint's or press the button stay calm & hand over 10K – 15K in cash or I will shoot you have 20 seconds 15K". The photo below shows the note.



**Exhibit 1**: Image of the note used on the March 23 bank robbery.

5. The teller complied with the demands of the note and provided the robber with approximately $3000. The robber fled in a black Chevy Malibu with a donut-style spare tire for a wheel.

6. The robber was captured on surveillance video and the photo is below.



**Exhibit 2**: Image of bank robber in March 23 bank robbery.

7. The robber's black Chevy Malibu is pictured below.



**Exhibit 3**: Image of suspect fleeing in black Chevy sedan.

### March 25 Robbery in St. Louis, Missouri

8. In the morning of March 25, 2024, a PNC Bank located in St. Louis, Missouri, was robbed. Again, an unmasked black male wearing dark pants, the same light brown jacket, and the same black head covering entered the bank and provided a note stating, "Don't scream or give any signs or press the button or I will shoot give me 10k – 15k you have 1 minutes to give me 10k – 15k or I will shoot if you can't do 10k do 9k". A photo of the note is below.



**Exhibit 4**: Image of the note used in the March 25 robbery.

9. The teller complied with the note and provided the robber with approximately $950.

4

10. The robber was captured on surveillance system video and the image from the second robbery was compared to the image from the first robbery. I believe the suspects in both robberies are the same person. Photos from the March 25 robbery are below.



**Exhibit 5:** Image of the robber during the March 25 bank robbery.

11. In addition, the robber is observed on surveillance video driving away in a black Chevy sedan with a donut-style spare tire. The car is pictured below.

5



**Exhibit 6:** Image of the robber leaving the March 25 robbery in a black Chevy sedan.

### March 26 Robbery in Minnesota

12. In the later morning of March 26, 2024, a BMO Bank in Roseville, Minnesota was robbed. Once again, a black male wearing the same light brown jacket, dark pants, and a black hair covering entered the bank and handed the teller a note that stated "Do not scream. Give me $5-6k or I will shoot".

13. The teller complied and gave the robber approximately $8,910.

14. The robber accepted the funds and immediately departed the branch on foot. A photo from the third incident is below.

6



**Exhibit 7**: Image of robber during the March 26 robbery.



**Exhibit 8**: Comparison of notes used in bank robberies.

## Investigation

15. PNC Bank and BMO Bank are insured by the Federal Deposit Insurance Company (FDIC), and thus these robberies are in the investigative jurisdiction of the Federal Bureau of Investigation.

16. Based on my investigation and training and experience, I believe these three robberies were performed by the same individual. The robber in all three robberies had the same physical appearance and wore very similar clothing—dark pants, a plain brown jacket, and a black head. In two robberies, the robber was seen driving a black Chevy sedan with a spare tire. And the wording and handwriting in each note were extremely similar.

17. Because of the similarities between the three robberies, law enforcement obtained a geofence warrant which provided information about the cellular devices present in the area of the three bank robberies. The records obtained show that a cell phone with the number 414-915-0088 was present at each robbery.

18. Law enforcement requested subscriber information for phone number 414-915-0088. This number is registered to Marion Long, along with an address in Wisconsin and a date of birth. A search of Wisconsin

8

driving records located an individual with the name LINDEN MARION LONG with the same date of birth.

19. A search of a public record database shows that LINDEN MARION LONG is associated with both the address on the subscriber information for phone number 414-915-0088, and the address on LONG's driver's license. Based on my training and experience, people often use, and are referred to by, their middle name. Thus, I believe Marion Long is a shortened version of LINDEN MARION LONG.

20. Records obtained from a national car rental chain show that LONG rented a black 2022 Chevy Malibu with a Washington Plate during the times of the robberies.

21. Records show that on March 23, 2024, LONG contacted the rental company and a roadside assistance company because he got a flat tire while driving on I-75 near Monroe. The car rental company called a tow truck, which changed the flat tire to the spare tire.

22. In addition, a photograph posted to the Instagram account for "lindenlong4" appears to show LONG wearing a plain brown jacket which matches the plain brown jacket worn during the bank robberies. The image to the left is taken from surveillance video during the bank

9

robbery in Michigan, and the image to the right is from lindenlong4's Instagram account.



**Exhibit 9:** A comparison of an image from the March 23 robbery and an image posted to LONG's Instagram account.

23. Finally, law enforcement analyzed the note from the March 23 bank robbery and were able to identify a fingerprint on the note. This fingerprint was compared with LONG's known fingerprint and was a match.

24. Based on the above information, I believe LINDEN MARION LONG robbed the PNC Bank in Allen Park, Michigan on March 23, 2024.

10

## CONCLUSION

25. Based on the foregoing, there is probable cause to believe that LINDEN MARION LONG violated 18 U.S.C. § 2113(a) (bank robbery).

*Brian Brown*

_____
Brian Brown
Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
HON. ANTHONY P. PATTI
UNITED STATES MAGISTRATE JUDGE
April 8, 2024

11